[S. F. No. 9613. In Bank.—October 11, 1920.]

WILLIAM HARTIGAN, Petitioner, v. FRANK C. JORDAN, as Secretary of the State of California, et al., Respondents.

[1] ELECTIONS—NOMINATION OF CANDIDATE BY ELECTORS—TIME FOR FILING NOMINATION PAPERS.—A candidate for the office of member of the assembly for an assembly district situated in the city and county of San Francisco, nominated by electors as provided by section 1188 of the Political Code is not entitled to have his name go on the election ballot where his nomination papers are not filed with the registrar of voters of the municipality forty days prior to the day of election.

APPLICATION for Writ of Mandamus to compel printing of name of candidate on general election ballot. Denied.

The petitioner was a candidate for election to the office of member of the assembly for an assembly district in the City and County of San Francisco.

William Hartigan, *in pro. per.*, for Petitioner.

THE COURT.—[1] Petitioner's nomination papers under section 1188 of the Political Code were not presented to the

registrar of the city and county of San Francisco for examination until September 25, 1920. This was not forty days prior to the general election of November 2, 1920. It results that he is not entitled to have his name go on the ballot. (Pol. Code, sec. 1188; Primary Law, sec. 5, [Stats. 1913, p. 1383].)

The application is denied.

All the Justices concurred.